NOEL, Respondent, v. NOEL, Appellant.

(271 N. W. 217.)

(File No. 7997. Opinion filed February 8, 1937.)

*Charles Lacey,* of Sioux Falls, for Appellant.

*Danforth & Davenport,* of Sioux Falls, for Respondent.

PER CURIAM. Plaintiff brought an action for divorce alleging habitual intemperance and willful neglect, and was awarded judgment. The question presented on appeal is whether or not the evidence sustains the findings of fact. We are of the opinion that the evidence is sufficient and that there is no prejudicial error in the record. The judgment and order appealed from are therefore affirmed.

All the Judges concur.